MD JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKOBIAN ANTUAN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JOHN C. MARSHALL, Warden,<br><br>　　　　Respondent. | Case No.  CV 07-6348-PA (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 28, 2008

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE